FILED

03/09/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0582

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA 20-0582

WILKINSON, LLC and JACK COUCH,

     Plaintiffs/Appellants,

     v.

SCOTT and CINDY ERLER, LLP,

SCOTT ERLER, individually, AND DOES 1-10,

     Defendants/Appellees.

## ORDER GRANTING EXTENSION OF TIME

On Appeal from the Third Judicial District Court,
Granite County, Montana, Honorable Ray J. Dayton
Cause No. DV-20-18

| | |
|---|---|
| Timothy D. Geiszler<br>David J. Steele II<br>Layla A. Turman<br>GEISZLER STEELE, PC<br>619 SW Higgins, Suite K<br>Missoula, MT 59803<br>Ph: (406) 541-4940<br>geiszler@lawmissoula.com<br>steele@lawmissoula.com<br>turman@lawmissoula.com<br>Counsel for Defendants/Appellees | Rob Cameron<br>Scott M. Svee<br>Nathan Bilyeu<br>JACKSON, MURDO & GRANT, P.C.<br>203 North Ewing<br>Helena, MT 59601<br>Ph: (406) 442-1300<br>rcameron@jmgm.com<br>ssvee@jmgm.com<br>nbilyeu@jmgm.com<br>Counsel for Plaintiffs/Appellants |

Upon motion of counsel, the Defendants/Appellees are granted until and including April 16, 2021 to file their Response Brief in this matter.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 9 2021